**David LITMON, Jr., Plaintiff–Appellant,**

v.

**Jon DEMORALES; et al., Defendants—Appellees.**

No. 01–56387.

D.C. No. CV–01–05468–TJH.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2002.*

Decided Feb. 25, 2002.

Before B. FLETCHER, T.G. NELSON, and RICHARD C. TALLMAN, Circuit Judges.

MEMORANDUM **

David Litmon, Jr. appeals pro se the district court's order denying his motion to proceed in his 42 U.S.C. § 1983 action without prepayment of filing fees. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion denial of a motion to proceed without prepayment of a filing fee. *Calhoun v. Stahl,* 254 F.3d 845, 845 (9th Cir.2001). We reverse and remand.

Litmon's complaint alleges that he is civilly committed pursuant to Cal. Welf. & Inst.Code § 6604. The district court, therefore, abused its discretion by denying Litmon permission to proceed without prepayment of a filing fee based on his failure to exhaust administrative remedies. *See Page v. Torrey,* 201 F.3d 1136, 1140 (9th Cir.2000) (holding that civilly committed people are not prisoners bound by the exhaustion requirements of the Prison Litigation and Reform Act, 42 U.S.C. § 1997e(a)).

REVERSED AND REMANDED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.